THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN T. HETTRICK, Appellant.

*Crimes — conspiracy — judgment of conviction affirmed.*

People v. *Hettrick*, 201 App. Div. 886, affirmed.
(Argued June 13, 1922; decided July 12, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 21, 1922, which affirmed a judgment rendered at a Trial Term upon a verdict convicting the defendant of the crime of conspiracy.

*Robert H. Elder* and *Otho S. Bowling* for appellant.
*Charles D. Newton, Attorney-General (Kenneth M. Spence* of counsel), for respondent.

Judgment affirmed; no opinion.
Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.